JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                                                         U.S. District Court

| | |
|---|---|
| **Place of Offense:** | Case Under Seal: Yes X  No _____   Judge Assigned: AJT |
| City _____ | Superseding Indictment _____ Criminal Number: 1:25-CR-102 |
| County/Parish Bulgaria | Same Defendant    X    New Defendant _____ |
| | Magistrate Judge Case Number 1:24-MJ-495_____ Arraignment Date: _____ |
| | Search Warrant Case Number _____ |
| | R 20/R 40 from District of _____ |
| | Related Case Name and No: _____ |

**Defendant Information:**

**Juvenile –Yes ___ No ___ FBI #** _____

**Defendant Name:** Peter Dimitrov Mirchev _____ Alias Name(s) _____

**Address:** _____

**Employment:** _____

**Birth date** _____ **SS#** _____ **Sex** M **Def Race** _____ **Nationality** _____ **Place of Birth** _____

**Height** _____ **Weight** ___ **Hair** _____ **Eyes** _____ **Scars/Tattoos** _____

**Interpreter:** No ___ **Yes** List language and/or dialect: _____ Automobile Description _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody      ___ On Pretrial Release      X  Not in Custody

X  Arrest Warrant Requested      ___ Fugitive      ___ Summons Requested

___ Arrest Warrant Pending      ___ Detention Sought      ___ Bond

**Defense Counsel Information:**

| | | |
|---|---|---|
| Name: _____ | ___ Court Appointed | Counsel conflicted out: _____ |
| Address: _____ | ___ Retained | |
| Telephone: _____ | ___ Public Defender | Federal Public Defender's Office conflicted out: |

**U.S. Attorney Information:**

|  | Edgardo J. Rodriguez | | 703-299-3700 | | |
|---|---|---|---|---|---|
| AUSA | Anthony T. Aminoff | Telephone No: | 703-299-3700 | Bar # | _____ |

**Complainant Agency, Address & Phone Number  or Person & Title:**

DEA Special Agent Michael E. Roche

---

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. 959(a), 960(a)(3), 960(b)(1)(B), 963 and 18 U.S.C. 2 | Consp to Dist and PWID 5 Kilograms or More of Cocaine, Knowing, Intending, and Having Reasonable Cause to Believe that it would be Unlawfully Imported into the U.S. | 1 | Felony |
| Set 2 | 18 U.S.C. 924(o) and 2 | Conspiracy to Possess Firearms, Including a Machinegun and Destructive Device, in Furtherance of a Drug Trafficking Crime | 2 | Felony |
| Set 3 | 18 U.S.C. 2339B | Conspiracy to Provide Material Support or Resources to a Designated Foreign Terrorist Organization | 3 | Felony |

(May be continued on reverse)

**Date:** April 9, 2025 _____  **Signature of AUSA:**  /s/ Edgardo J. Rodriguez _____

JS 45 (01/2008)                    **REDACTED**

Criminal Case Cover Sheet                                              U.S. District Court

**Place of Offense:**                Case Under Seal: Yes _X_ No ____    Judge Assigned: AJT _____

City _____    Superseding Indictment _____    Criminal Number: 1:25-CR-102 _____

County/Parish Bulgaria    Same Defendant ___X____    New Defendant _____

    Magistrate Judge Case Number 1:24-MJ-495 _____ Arraignment Date: _____

    Search Warrant Case Number _____

    R 20/R 40 from District of _____

    Related Case Name and No: _____

Defendant Information:

**Juvenile -- Yes** ___ **No** ___ **FBI #** _____

**Defendant Name:** Elisha Odhiambo Asumo    Alias Name(s) _____

**Address:** _____

**Employment:** _____

**Birth date** 1981 ____ **SS#** _____ **Sex** F **Def Race** _____ Nationality _____ Place of Birth _____

**Height** _____ **Weight** ____ **Hair** _____ Eyes_____ Scars/Tattoos _____

    **Interpreter:** __No ___Yes List language and/or dialect: _____ Automobile Description _____

Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    X Not in Custody

X Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond

Defense Counsel Information:

Name: _____    ___ Court Appointed    Counsel conflicted out: _____

Address: _____    ___ Retained

Telephone: _____    ___ Public Defender    Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

    Edgardo J. Rodriguez    703-299-3700

AUSA Anthony T. Aminoff    Telephone No: 703-299-3700    Bar # _____

Complainant Agency, Address & Phone Number or Person & Title:

DEA Special Agent Michael E. Roche

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. 959(a), 960(a)(3), 960(b)(1)(B), 963 and 18 U.S.C. 2 | Consp to Dist and PWID 5 Kilograms or More of Cocaine, Knowing, Intending, and Having Reasonable Cause to Believe that it would be Unlawfully Imported into the U.S. | 1 | Felony |
| Set 2 | 18 U.S.C. 924(o) and 2 | Conspiracy to Possess Firearms, Including a Machinegun and Destructive Device, in Furtherance of a Drug Trafficking Crime | 2 | Felony |
| Set 3 | 18 U.S.C. 2339B | Conspiracy to Provide Material Support or Resources to a Designated Foreign Terrorist Organization | 3 | Felony |

(May be continued on reverse)

**Date:** April 9, 2025 _____    Signature of AUSA: /s/ Edgardo J. Rodriguez _____

JS 45 (01/2008)                    **REDACTED**

Criminal Case Cover Sheet                                             U.S. District Court

**Place of Offense:**        Case Under Seal: Yes _X_ No ____    Judge Assigned:   AJT

City _____  Superseding Indictment _____  Criminal Number: 1:25-CR-102 _____

County/Parish _Bulgaria_   Same Defendant   _X_ _____   New Defendant _____

                         Magistrate Judge Case Number  1:24-MJ-495 _____ Arraignment Date: _____

                         Search Warrant Case Number _____

                         R 20/R 40 from District of _____

                         Related Case Name and No: _____

Defendant Information:

**Juvenile -- Yes ___ No ___ FBI #** _____

**Defendant Name:** Michael Katungi Mpeirwe    Alias Name(s) _____

**Address:** _____

**Employment:** _____

**Birth date** 1977 ____ SS# _____ Sex ___ Def Race _____ Nationality _____ Place of Birth _____

**Height** _____ **Weight** ___ **Hair** _____ Eyes _____ Scars/Tattoos _____

   **Interpreter:** _No_ ___ Yes List language and/or dialect: _____ Automobile Description _____

Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release   _X_ Not in Custody

_X_ Arrest Warrant Requested   ___ Fugitive              ___ Summons Requested

___ Arrest Warrant Pending     ___ Detention Sought      ___ Bond

Defense Counsel Information:

Name: _____  ___ Court Appointed   Counsel conflicted out: _____

Address: _____  ___ Retained

Telephone: _____  ___ Public Defender   Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

     Edgardo J. Rodriguez              703-299-3700
AUSA  Anthony T. Aminoff   Telephone No:  703-299-3700       Bar # _____

Complainant Agency, Address & Phone Number  or Person & Title:

DEA Special Agent Michael E. Roche _____

U.S.C. Citations:

|       | **Code/Section** | **Description of Offense Charged** | **Count** | **Capital/Felony/Misd/Petty** |
|-------|------------------|-------------------------------------|-----------|-------------------------------|
| Set 1 | 21 U.S.C. 959(a), 960(a)(3), 960(b)(1)(B), 963 and 18 U.S.C. 2 | Consp to Dist and PWID 5 Kilograms or More of Cocaine, Knowing, Intending, and Having Reasonable Cause to Believe that it would be Unlawfully Imported into the U.S. | 1 | Felony |
| Set 2 | 18 U.S.C. 924(o) and 2 | Conspiracy to Possess Firearms, Including a Machinegun and Destructive Device, in Furtherance of a Drug Trafficking Crime | 2 | Felony |
| Set 3 | 18 U.S.C. 2339B | Conspiracy to Provide Material Support or Resources to a Designated Foreign Terrorist Organization | 3 | Felony |

(May be continued on reverse)

Date:   April 9, 2025      Signature of AUSA:    /s/ Edgardo J. Rodriguez _____

JS 45 (01/2008)                    **REDACTED**

Criminal Case Cover Sheet                                    U.S. District Court

| **Place of Offense:** | Case Under Seal: Yes X  No____ | Judge Assigned: | AJT |
|---|---|---|---|
| City _____ | Superseding Indictment ____ | Criminal Number: | 1:25-CR-102 |
| County/Parish Bulgaria | Same Defendant     X | New Defendant | _____ |

Magistrate Judge Case Number 1:24-MJ-495 _____ Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

Defendant Information:

**Juvenile --Yes __ No __ FBI #** _____

**Defendant Name:** Subiro Osmund Mwapinga    Alias Name(s) _____

**Address:** _____

**Employment:** _____

**Birth date** 1980    **SS#** ____    Sex __ Def Race ____    Nationality ____    Place of Birth ____

**Height** ____ **Weight** ____ **Hair** ____ Eyes ____    Scars/Tattoos _____

  **Interpreter:** No ____ **Yes** List language and/or dialect: ____    Automobile Description _____

Location Status:

Arrest Date _____

__ Already in Federal Custody as of _____ in _____

__ Already in State Custody     __ On Pretrial Release     X  Not in Custody

X  Arrest Warrant Requested     __ Fugitive          __ Summons Requested

__ Arrest Warrant Pending     __ Detention Sought     __ Bond

Defense Counsel Information:

| Name: _____ | __Court Appointed | Counsel conflicted out: _____ |
|---|---|---|
| Address: _____ | __Retained | |
| Telephone: _____ | __Public Defender | Federal Public Defender's Office conflicted out: |

U.S. Attorney Information:

  Edgardo J. Rodriguez        703-299-3700

AUSA  Anthony T. Aminoff   Telephone No:   703-299-3700    Bar # _____

Complainant Agency, Address & Phone Number  or Person & Title:

DEA Special Agent Michael E. Roche

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. 959(a), 960(a)(3), 960(b)(1)(B), 963 and 18 U.S.C. 2 | Consp to Dist and PWID 5 Kilograms or More of Cocaine, Knowing, Intending, and Having Reasonable Cause to Believe that it would be Unlawfully Imported into the U.S. | 1 | Felony |
| Set 2 | 18 U.S.C. 924(o) and 2 | Conspiracy to Possess Firearms, Including a Machinegun and Destructive Device, in Furtherance of a Drug Trafficking Crime | 2 | Felony |
| Set 3 | 18 U.S.C. 2339B | Conspiracy to Provide Material Support or Resources to a Designated Foreign Terrorist Organization | 3 | Felony |

(May be continued on reverse)

**Date:**   April 9, 2025 ____    Signature of AUSA:    /s/ Edgardo J. Rodriguez ____