# Exhibit B

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| United States of America | )   | |
| --- | --- | --- |
| v. | ) | Case No.   1:25-CR-102 |
| SUBIRO OSMUND MWAPINGA | ) | |
| | ) | **UNDER SEAL** |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    SUBIRO OSMUND MWAPINGA                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint

☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute 5 Kilograms or More of Cocaine, Knowing, Intending, and Having Reasonable Cause to Believe that it would be Unlawfully Imported into the United States, in violation of 21 U.S.C. §§ 959(a), 960(a)(3), 960(b)(1)(B), 963 and 18 U.S.C. § 2; Conspiracy to Possess Firearms, Including a Machinegun and Destructive Device, in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. §§ 924(o) and 2;  and Conspiracy to Provide Material Support or Resources to a Designated Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339B

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

Date:    04/15/2025

BY _____    _____
            DEPUTY CLERK                    *Issuing officer's signature*

City and state:    Alexandria, Virginia

Dani Zirk, Courtroom Deputy
*Printed name and title*

**INFORMATION COPY ONLY**

**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____                                   _____
                                                              *Arresting officer's signature*

                                                              _____
                                                              *Printed name and title*