# Exhibit C

**Exhibit C** contains the applicable portions of statutes describing the offenses with which SUBIRO OSMUND MWAPINGA is charged, the statutes of limitations, and the penalties he faces if convicted. Ellipses and asterisks are used to indicate portions of the statutes that are omitted because these portions do not apply to this case.

## Federal Rule of Criminal Procedure 9
### Arrest Warrant or Summons on an Indictment or Information

(a) Issuance. The court must issue a warrant . . . for each defendant named in an indictment . . . . The court may issue more than one warrant or summons for the same defendant. . . . The court must issue the arrest warrant to an officer authorized to execute it or the summons to a person authorized to serve it.

(b) Form.

(1) *Warrant.* The warrant must conform to Rule 4(b)(1) except that it must be signed by the clerk and must describe the offense charged in the indictment or information.

* * *

2

## Title 8, United States Code, Section 1182
### Excludable aliens

(a) Classes of excludable aliens

Except as otherwise provided in this chapter, the following describes classes of excludable aliens who are ineligible to receive visas and who shall be excluded from admission into the United States.

\* \* \*

(3) Security and related grounds

\* \* \*

(B) Terrorist activities

(i) In general

Any alien who-

(I) has engaged in a terrorist activity, or

(II) a consular officer or the Attorney General knows, or has reasonable cause to believe, is likely to engage after entry in any terrorist activity (as defined in clause (iii)),

is excludable. . . . .

\* \* \*

## Title 8, United States Code, Section 1189
## Designation of foreign terrorist organizations

(a) Designation

(1) In General

The Secretary is authorized to designate an organization as a foreign terrorist organization in accordance with this subsection if the Secretary finds that—

(A) the organization is a foreign organization;

(B) the organization engages in terrorist activity . . .; and

(C) the terrorist activity or terrorism of the organization threatens the security of United States nationals or the national security of the United States.

\* \* \*

(d) Definitions

As used in this section—

\* \* \*

(4) the term "Secretary" means the Secretary of State, in consultation with the Secretary of the Treasury and the Attorney General.

\* \* \*

4

## Title 18, United States Code Section 2
### Principals

(a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal.

(b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal.

## Title 18, United States Code, Section 921
### Definitions

(a) As used in this chapter—

\* \* \*

(4) The term "destructive device" means—

(A) any explosive, incendiary, or poison gas—

(i) bomb,

(ii) grenade,

(iii) rocket having a propellant charge of more than four ounces,

(iv) missile having an explosive or incendiary charge of more than one-quarter ounce,

(v) mine, or

(vi) device similar to any of the devices described in the preceding clauses;

\* \* \*

(24) The term "machinegun" has the meaning given such term in section 5845(b) of the National Firearms Act (26 U.S.C. 5845(b)).

\* \* \*

6

## Title 18, United States Code, Section 924
### Penalties

\* \* \*

(c)

  (1)

    (A) Except to the extent that a greater minimum sentence is otherwise provided by this subsection or any other provision of law, any person who, during and in relation to any crime of violence or drug trafficking crime (including a crime of violence or drug trafficking crime that provides for an enhanced punishment if committed by the use of a deadly or dangerous weapon or device) for which the person may be prosecuted in a court of the United States, uses or carries a firearm, or who, in furtherance of any such crime, possesses a firearm, shall, in addition to the punishment provided for such crime of violence or drug trafficking crime—

      (i) be sentenced to a term of imprisonment of not less than 5 years;

      (ii) if the firearm is brandished, be sentenced to a term of imprisonment of not less than 7 years; and

      (iii) if the firearm is discharged, be sentenced to a term of imprisonment of not less than 10 years.

\* \* \*

(o) A person who conspires to commit an offense under subsection (c) shall be imprisoned for not more than 20 years . . . ; and if the firearm is a machinegun or destructive device, or is equipped with a firearm silencer or muffler, shall be imprisoned for any term of years or life.

\* \* \*

7

## **Title 18, United States Code, Section 2332b(g)(5)(B)**
## **Acts of terrorism transcending national boundaries**

\* \* \*

(g) Definitions.—As used in this section—

\* \* \*

(5) the term "Federal crime of terrorism" means an offense that—

\* \* \*

(B) is a violation of—

(i)      … 2339B (relating to providing material support to terrorist organizations) … of this title;

\* \* \*

8

## Title 18, United States Code, Section 2339A
**Providing material support to terrorists**

\* \* \*

(b) Definitions.—As used in this section—

(1) the term "material support or resources" means any property, tangible or intangible, or service, including currency or monetary instruments or financial securities, financial services, lodging, training, expert advice or assistance, safehouses, false documentation or identification, communications equipment, facilities, weapons, lethal substances, explosives, personnel (1 or more individuals who may be or include oneself), and transportation, except medicine or religious materials.

\* \* \*

9

## Title 18, United States Code, Section 2339B
## Conspiracy to provide material support or resources to designated foreign terrorist organizations

(a) Prohibited Activities.—

    (1) Unlawful Conduct.—

Whoever knowingly provides material support or resources to a foreign terrorist organization, or attempts or conspires to do so, shall be . . . imprisoned not more than 20 years . . . . To violate this paragraph a person must have knowledge that the organization is a designated terrorist organization (as defined in subsection (g)(6)), that the organization has engaged or engages in terrorist activity (as defined in section 212(a)(3)(B) of the Immigration and Nationality Act), or that the organization has engaged or engages in terrorism (as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989).

\* \* \*

(d) Extraterritorial jurisdiction.—

    (1) In general.—There is jurisdiction over an offense under subsection (a) if—

\* \* \*

        (C) after the conduct required for the offense occurs an offender is brought into or found in the United States, even if the conduct required for the offense occurs outside the United States;

        (D) the offense occurs in whole or in part in the United States;

        (E) the offense occurs in or affects interstate or foreign commerce; or

        (F) an offender ais or abets any person over whom jurisdiction exists under this paragraph in committing an offense under subsection (a) or conspires with any person over whom jurisdiction exists under this paragraph to commit an offense under subsection (a).

\* \* \*

(g) Definitions.—As used in this section—

\* \* \*

    (4) the term "material support or resources" has the same meaning given that term in section 2339A (including the definitions of "training" and "expert advice or assistance in that section");

10

\* \* \*

(6) the term "terrorist organization" means an organization designated as a terrorist organization under section 219 of the Immigration and Nationality Act.

11

## Title 21, United States Code, Section 812
### Schedules of controlled substances

(a) Establishment

There are established five schedules of controlled substances, to be known as schedules I, II, III, IV, and V. Such schedules shall initially consist of the substances listed in this section. . . .

\* \* \*

(c) Initial schedules of controlled substances

\* \* \*

### Schedule II

(a) Unless specifically excepted or unless listed in another schedule, any of the following substances whether produced directly or indirectly by extraction from substances of vegetable origin, or independently by means of chemical synthesis, or by a combination of extraction and chemical synthesis:

\* \* \*

(4) coca leave, except coca leaves and extracts of coca leaves from which cocaine, ecgonine, and derivatives of ecgonine or their salts have been removed; cocaine, its salts, optical and geometric isomers, and salts of isomers; ecgonine, its derivatives, their salts, isomers, and salts of isomers; or any compound, mixture, or preparation which contains any quantity of any of the substances referred to in this paragraph.

\* \* \*

## <u>Title 21, United States Code, Section 841</u>
### Prohibited acts A

\* \* \*

(b) Penalties

Except as otherwise provided . . ., any person who violates subsection (a) of this section shall be sentenced as follows:

(1)

(A) In the case of a violation of subsection (a) of this section involving—

\* \* \*

(ii) 5 kilograms or more of a mixture or substance containing a detectable amount of—

\* \* \*

(II) cocaine, its salts, optical and geometric isomers, and salts of isomers;

\* \* \*

13

## Title 21, United States Code, Section 959
### Possession, manufacture, or distribution of controlled substance

(a) Manufacture or distribution for purpose of unlawful importation

It shall be unlawful for any person to manufacture or distribute a controlled substance in schedule I or II . . . intending, knowing, or having reasonable cause to believe that such substance . . . will be unlawfully imported into the United States or into waters within a distance of 12 miles of the coast of the United States.

\* \* \*

(d) Acts committed outside territorial jurisdiction of the United States

This section is intended to reach acts of manufacture or distribution committed outside the territorial jurisdiction of the United States.

14

## Title 21, United States Code, Section 960
### Prohibited acts A

(a) Unlawful Acts

    Any person who—

\* \* \*

(3) contrary to section 959 of this title, manufactures, possesses with intent to distribute, or distributes a controlled substance,

    shall be punished as provided in subsection (b).

(b) Penalties

    (1) In the case of a violation of subsection (a) of this section involving—

\* \* \*

    (B) 5 kilograms or more of a mixture or substance containing a detectable amount of—

        (i) coca leaves, except coca leaves and extracts of coca leaves from which ecgonine, and derivatives of ecogonine or their salts have been removed;

        (ii) cocaine, its salts, optical and gemotrics isomers, and salts or isomers;

        (iii) ecgonine, its derivatives, their salts, isomers, and salts of isomers; or

        (iv) any compound, mixture, or preparation which contains any quantity of any of the substances referred to in clauses (i) through (iii);

\* \* \*

## Title 21, United States Code, Section 963
### Attempt and conspiracy

Any person who attempts or conspires to commit any offense defined in this subchapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy.

## Title 22, United States Code, Section 2656f
**Annual country reports on terrorism**

\* \* \*

(d) Definitions

    As used in this section—

\* \* \*

(2) the term "terrorism" means premeditated, politically motivated violence perpetrated against noncombatant targets by subnational groups or clandestine agents;

\* \* \*

17

## <u>Title 26, United States Code, Section 5845</u>
### Definitions

\* \* \*

(b) Machinegun

The term "machinegun" means any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed or intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.

\* \* \*

18

## Title 18, United States Code, Section 3238
### Offenses not committed in any district

The trial of all offenses begun or committed upon the high seas, or elsewhere out of the jurisdiction of any particular State or district, shall be in the district in which the offender, or any one of two or more joint offenders, is arrested or is first brought; but if such offender or offenders are not so arrested or brought into any district, an indictment or information may be filed in the district of the last known residence of the offender or of any one of two or more joint offenders, or if no such residence is known the indictment or information may be filed in the District of Columbia.

### **Title 18, United States Code, Section 3282**
### **Offenses not capital**

(a) In general.— . . . [N]o person shall be prosecuted, tried, or punished for any offense, not capital, unless the indictment is found . . . within five years next after such offense shall have been committed.

\* \* \*

20

**Title 18, United States Code, Section 3286**
**Extension of Statute of Limitations for Certain Terrorism Offenses**

(a) Eight-year limitation—

Notwithstanding section 3282, no person shall be prosecuted, tried, or punish for any noncapital offense involving a violation of any provision listed in section 2332b(g)(5)(B) . . ., unless the indictment is found or the information is instituted within 8 years after the offense was committed. Notwithstanding the preceding sentence, offenses listed in section 3295 are subject to the statute of limitations set forth in that section.

\* \* \*

21