# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: 1:25-CR-102 (AJT) |
| v. | |
| SUBIRO OSMUND MWAPINGA | AFFIDAVIT IN SUPPORT OF REQUEST FOR EXTRADITION |

I, Thomas P. McLaughlin, being duly sworn, hereby depose and state:

1.  I am a citizen of the United States and a resident of the Commonwealth of Virginia.

2.  I am currently employed as a Special Agent (SA) with the U.S. Department of Justice, Drug Enforcement Administration (DEA), and have been employed as such since 2015. I am presently assigned to the DEA's Special Operations Division – Bilateral Investigations Unit, a group tasked with investigating the world's most substantial drug traffickers, money launderers, arms traffickers, and narco-terrorists. Prior to joining DEA, I was employed by the United States Secret Service.

3.  DEA is one of the agencies within the United States government responsible for the enforcement of federal criminal law. As an agent with DEA, I have received training relating to the investigation of drug and weapons trafficking.

4.  I am one of the agents assigned to the investigation of SUBIRO OSMUND MWAPINGA (MWAPINGA) and his coconspirators. I am familiar with the charges and evidence in this case and have been the case agent since its inception. The facts set forth in this affidavit are based on my personal knowledge, information supplied to me by other law enforcement personnel, and other sources of information. I am familiar with all aspects of this investigation. The following is a summary of the evidence lawfully obtained during this

1

investigation and does not reflect my entire knowledge of the investigation. In addition, the evidence discussed in this affidavit does not represent all of the evidence collected during the investigation.

## BACKGROUND

5.  Since approximately August 2021, the United States has been investigating Peter Mirchev (Mirchev), a Bulgarian citizen who was identified as a major international arms trafficker operating out of Bulgaria. The investigation revealed that Mirchev, MWAPINGA, and others attempted to supply the Cartel Jalisco Nueva Generacion (CJNG), one of Mexico's most prolific and violent drug trafficking organizations, with military-grade weaponry and have conspired to provide even larger quantities of weapons to this drug trafficking organization. U.S. law enforcement authorities were able to successfully work with a confidential source (CS-1)[1] to infiltrate Mirchev's arms trafficking organization and to identify several individuals, including MWAPINGA, who were involved in a conspiracy to aid and abet the unlawful importation of cocaine into the United States. Cocaine is a controlled substance in the United States.

6.  U.S. law enforcement authorities learned from CS-1 that Mirchev works with MWAPINGA and others to illegally supply military-grade weaponry to non-state actors like the CJNG. Mirchev supplies customers with weapons manufactured abroad, including in Bulgaria, and then coordinates with MWAPINGA and others to obtain End-User Certificates and other delivery verification documents to provide a legal cover for the illegal weapons transactions. Mirchev, MWAPINGA, and their co-conspirators carry out this scheme in exchange for large

---

[1] The identities of confidential sources and law enforcement sources have been withheld to protect both their security and the integrity of ongoing investigative efforts. Consistent with U.S. law, MWAPINGA will be provided will all information material to his defense prior to trial.

sums of payment.

7.    On or about July 27, 2024, investigators successfully recovered approximately 50 AK-47 automatic assault rifles and accompanying magazines and ammunition that Mirchev attempted to supply to the CJNG using arms control documentation corruptly obtained by MWAPINGA and others. Since then, Mirchev has agreed to supply the CJNG with an enormous quantity of military-grade weaponry, including anti-aircraft weapons, rocket launchers, drones, and night vision equipment. MWAPINGA has agreed to again corruptly obtain arms control documents for the next arms deal.

## SUMMARY OF THE INVESTIGATION

8.    In or around March 2022, Mirchev met with a law enforcement source ("LE-1") – in other words, a human source working with U.S. law enforcement – in Sofia, Bulgaria, to begin negotiations for the planned arms sale to the CJNG. At this meeting, Mirchev agreed to send a brochure of the weaponry Mirchev had for sale. During the meeting, Mirchev discussed the need to obtain an arm control document called an End-User Certificate reflecting the lawful sale of weapons to a country in order to avoid law enforcement from discovering the illegal arms sale. Mirchev suggested Colombia, Kenya, Tanzania, Venezuela, and the Democratic Republic of the Congo as potential options.

9.    Following the March 2022 meeting, Mirchev then sent an e-mail that included an attachment containing an arms brochure displaying the various weaponry Mirchev was offering to sell, including machineguns, mortars, air defense systems, grenade launchers, and a T-72M1 main battle tank.

10.   On or about March 30, 2022, Mirchev was advised that the weapons he was offering to sell were intended for the CJNG. In response, Mirchev stated, "We have to make some money,"

3

and continued discussing which country to use for a fraudulent End-User Certificate.

11. On or about July 28, 2022, Mirchev again discussed the CJNG's involvement in drug trafficking, stating "To me, cartel means drugs." Mirchev further stated that he was concerned that providing weapons to the CJNG would risk prosecution by the United States because of the CJNG's trafficking of illegal drugs into the United States. Despite these concerns, Mirchev continued to coordinate the planned arms deal.

Introduction of MWAPINGA and Other Co-Conspirators

12. To provide legal cover the planned arms deal, Mirchev then introduced LE-1 to Kenyan citizen Elisha Odhiambo Asumo (Asumo), who, according to Mirchev, would coordinate obtaining a falsified, fraudulent, or corruptly obtained End-User Certificate to provide legal cover for the planned arms deal. Asumo, in turn, recruited MWAPINGA and others to assist in obtaining an End-User Certificate. Mirchev then directed the payment of $5,000[2] to a Kenyan bank account in Asumo's name as payment for providing the End-User Certificate.

13. In a series of recorded communications, Asumo and Mirchev then negotiated the total price for a falsified, fraudulent, or corruptly obtained End-User Certificate, eventually settling on $30,000. In December 2022, U.S. law enforcement agents wired approximately $30,000 to the Kenyan bank account in Asumo's name.

The Falsified End-User Certificate

14. On or about January 24, 2023, Asumo sent LE-1 a copy of a falsified End-User Certificate falsely stating that the weapons to be supplied by Mirchev were intended for the use of the Tanzanian military when in fact the weapons were intended for the CJNG. In February 2023, Asumo then mailed a physical copy of the End-User Certificate to LE-1 at a law enforcement-

---

[2] All currency amounts are in U.S. dollars unless indicated otherwise.

controlled address in Europe. The End-User Certificate was then sent to an arms manufacturer in Bulgaria affiliated with Mirchev, who confirmed that the manufacturer received it.

15.    On or about February 1, 2023, in a recorded phone call, MWAPINGA confirmed that the false End-User Certificate would pass inspection by government authorities. MWAPINGA further stated that he was "fully aware of what we are doing" because he had experience obtaining false End-User Certificates.

March 2023 Meeting in Cape Town, South Africa

16.    In March 2023, MWAPINGA and Asumo met with LE-1 and a different law enforcement source (CS-1) at a hotel in Cape Town, South Africa. The meetings were audio recorded and U.S. law enforcement personnel surveilled the meetings. At the first meeting, MWAPINGA explained that he had worked to obtain an End-User Certificate from the United Republic of Tanzania (Tanzania), which MWAPINGA described as a "paper trail for the fraudulent arms transaction conducted by Mirchev. CS-1 explained to MWAPINGA that CS-1 represented a drug-trafficking organization that illegally imported multi-ton quantities of cocaine into the United States, stating that these clients smuggled "twenty to forty" kilograms of cocaine into the United States per week. CS-1 further explained that this organization generated enormous profits from the sale of illegal drugs and therefore was willing to pay higher prices for weapons than non-criminal organizations. Despite CS-1's extensive explanation regarding the intended use of the weapons that MWAPINGA was conspiring to provide false documentation for, MWAPINGA and Asumo agreed to assist. Indeed, instead of voicing concerns with CS-1 they instead pressed CS-1 for a larger arms deal so that they could make more money.

5

17. From March 2023 to April 2024, CS-1 continued to arrange the logistics of receiving weapons from Mirchev. Eventually, at the direction of Mirchev, U.S. law enforcement transferred approximately $37,000 to a Bulgarian bank account as payment for 50 AK-47s that Mirchev agreed to supply to the CJNG under the End-User Certificate provided by MWAPINGA and his co-conspirators.

July 2024 Seizure of Weapons in Greece

18. On or about July 27, 2024, and as part of the previously agreed deal between Mirchev, MWAPINGA, and CS-1, Mirchev arranged for the shipment of 50 AK-47 automatic assault rifles intended to send to the CJNG and for which MWAPINGA and others have provided a false End-User Certificate. The rifles were shipped from Bulgaria to the Port of Elefsis in Greece.

19. After arriving at the port, Greek authorities, in cooperation with U.S. law enforcement, seized the rifles. The rifles have been tested to confirm that they are functional, fully automatic assault rifles.

The Falsified Delivery Verification Protocol

20. After the July 27, 2024, seizure, Mirchev then worked with MWAPINGA and others to obtain a Delivery Verification Protocol, which is a document stating that the intended purchaser of weapons did in fact receive and take custody of the purchased weapons.

21. In October 2024, CS-1 received a Delivery Verification Protocol from Asumo for the 50 AK-47 assault rifle shipment. The document falsely stated that "the goods" delivered under the End-User Certificate" were "delivered" to the government of Tanzania, even though the "goods" were seized in Greece. The document was signed by the "Permanent Secretary for the Ministry of Defence National Services" of Tanzania.

Planned Future Arms Deal

22.  After the July 2024 arms deal, Mirchev continued to coordinate with MWAPINGA and others for the sale of additional weaponry to the CJNG. Mirchev provided an invoice for the future planned arms deal. The invoice was for over 53 million Euros worth of weapons and ammunition, including the Zu-23 anti-aircraft weapons system, rocket and grenade launchers, night vision equipment, and drones. The invoice also included 2,000 AK-47M assault rifles and millions of rounds of ammunition in various calibers. For this future planned arms purchase, MWAPINGA and others have again agreed to assist by providing fraudulent arms control documents.

23.  In furtherance of this planned arms deal, LE-1 created a series of WhatsApp group text message threads with MWAPINGA and others. In one such message thread, LE-1 discussed escalating efforts by the United States to combat drug trafficking from Mexico and shared two news articles describing large seizures of narcotics, including approximately 3,682 kilograms of cocaine seized by the Mexican navy. In response, MWAPINGA provided various locations throughout Africa at which he could meet to discuss the planned arms deal. In another message thread, LE-1 sent MWAPINGA and others the link to a news article regarding the September 2024 takedown of a CJNG methamphetamine production facility in Kenya. The article described the CJNG as "one of Mexico's most dangerous criminal organizations" responsible for "extreme violence" such as "mass killings, enforced disappearances, and brutal clashes with rival cartels" in Mexico. LE-1 asked if the CJNG's position in East Africa, as shown by the article, could be useful for MWAPINGA and his co-conspirators as a transshipment point for the planned larger arms deal. LE-1 further expressed surprise at the CJNG's involvement in methamphetamine, stating that he or she "only knew

they sent the white stuff," referring to cocaine. In response, MWAPINGA stated that he and his co-conspirators would "check across our networks" to confirm if the CJNG had a presence in Kenya that could be used for the planned arms deal. At no point during these conversations did MWAPINGA express any concerns about the news articles sent to him and his co-conspirators.

24. Finally, MWAPNGA agreed to attend a meeting in Morocco to discuss the final logistics of the planned arms deal with the CJNG. On or about April 8, 2025, at the request of the United States, Ghanaian authorities provisionally arrested MWAPINGA while he was in route to Morocco.

## IDENTIFICATIONAND LOCATION INFORMATION

25. SUBIRO OSMUND MWAPINGA is a citizen of Tanzania, born on October 20, 1980, in Tanzania. He is described as a balding Black male with dark eyes. He holds Tanzanian passport number TAE626262. Ghanaian authorities arrested MWAPINGA on April 8, 2025 shortly after his arrival at Kotoka International Airport that day.

26. Attached to this affidavit as **Attachment 1**, is a photograph of MWAPINGA that has been identified by CS-1, who is familiar with MWAPINGA through his interactions with him in this investigation.

THOMAS P. MCLAUGHLIN
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Sworn and subscribed to before me this 23 day of April 2025.

HON. IVAN D. DAVIS
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF VIRGINIA

8

## ATTACHMENT 1

## Photograph of MWAPINGA

