IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES of AMERICA,                )
                                         )
                                         )
                                         )
v.                                       )
                                         ) Criminal No. _1:25-CR-102-1_
Peter Mirchev ,                          )
                                         )
          Defendant.                     )
                                         )

WAIVER of RIGHTS PURSUANT TO TITLE 18,
UNITED STATES CODE, SECTION §3161(c)(1)


     After consultation with my attorney, I am advised that the trial of a defendant charged in an information or indictment shall commence within SEVENTY (70) DAYS from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

     Understanding this, I hereby consent to trial at such time as the Court may deem appropriate.


_4/1/2026_                              _____
Date                                    Signature of Defendant

                                        _____
                                        Counsel for the Defendant


Approved by: