1175002

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

2025 OCT -8 P 3:09 AD

United States of America
v.
MICHAEL KATUNGI MPEIRWE
*Defendant*

Case No. 1:25-CR-102

**UNDER SEAL**

2025 APR 18 14:16
UNITED STATES MARSHAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MICHAEL KATUNGI MPEIRWE, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute 5 Kilograms or More of Cocaine, Knowing, Intending, and Having Reasonable Cause to Believe that it would be Unlawfully Imported into the United States, in violation of 21 U.S.C. §§ 959(a), 960(a)(3), 960(b)(1)(B), 963 and 18 U.S.C. § 2; Conspiracy to Possess Firearms, Including a Machinegun and Destructive Device, in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. §§ 924(o) and 2; and Conspiracy to Provide Material Support or Resources to a Designated Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339B

Date: 04/15/2025

[signature]
*Issuing officer's signature*

City and state: Alexandria, Virginia

Dani Zirk, Courtroom Deputy
*Printed name and title*

**Return**

This warrant was received on *(date)* 04/18/25, and the person was arrested on *(date)* 09/15/26 at *(city and state)* Alexandria, VA.

Date: 10/08/26

[signature]
*Arresting officer's signature*

Jerry Roberts D.U.S.M.
*Printed name and title*